UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ENRIQUE BUITRAGO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:20-cv-01505-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>(Doc. 15) |

Currently pending before the Court is the parties' stipulation to extend the deadline for Plaintiff Douglas Enrique Buitrago to file his Opening Brief and to extend the deadline for Defendant Commissioner of Social Security to file a responsive brief. (Doc. 15.) The parties explain that an extension of these deadlines is necessary due to the workloads of counsel.

Having considered the stipulation, and good cause appearing, the request for an extension of the deadlines to file opening and responsive briefs is GRANTED. Plaintiff shall file his Opening Brief on or before August 26, 2021, and Defendant shall file a responsive brief on or before October 27, 2021. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **July 9, 2021**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1