Ms. Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DOUGLAS ENRIQUE BUITRAGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ENRIQUE BUITRAGO ) | Case No.: 1:20-cv-01505-BAM |
| Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | |
| KILOLO KIJAKAZI, ) Acting Commissioner of Social Security ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown, the Court HEREBY GRANTS the request. The Plaintiff shall file the Opening Brief no later than October 22, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 30, 2021**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE