UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ENRIQUE BUITRAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:20-cv-01505-BAM<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE A LATE BRIEF**<br><br>(Doc. 19) |

　　　　Currently pending before the Court is Plaintiff Douglas Enrique Buitrago's application for leave to file a late Opening Brief.  (Doc. 19.)  Plaintiff reportedly failed to comply with the October 22, 2021 deadline to file an Opening Brief due to issues experienced by Plaintiff's counsel, including the contracting of COVID in late August, multiple motions due this month and next, and on October 21, 2021, a "broken tooth and sequelae resulting in a crown which caused her to nearly lose consciousness and delayed her work . . . when the motion was due."  (Doc. 19 at 2.)  Plaintiff's counsel is currently working on the Opening Brief and has applied to the Court to file the brief one week late.  Plaintiff's counsel reportedly advised defense counsel of the late filing and application and defense counsel did not advise that Defendant would oppose the application.  (*Id.*)

　　　　Having considered the application, and good cause appearing, Plaintiff's application for leave to file a late brief is GRANTED.  Plaintiff shall file the Opening Brief no later than

1

November 2, 2021.  All other deadlines in the Court's Scheduling Order are modified accordingly.  No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **October 27, 2021**              /s/ *Barbara A. McAuliffe*              
                                                            UNITED STATES MAGISTRATE JUDGE