1 | PHILLIP A. TALBERT
United States Attorney
2 | PETER THOMPSON
Regional Chief Counsel
3 | CAROL S. CLARK
Special Assistant United States Attorney
4 |     Social Security Administration
    160 Spear Street, Suite 800
5 |     San Francisco, CA 94105
    Telephone: (510) 970-4183
6 |     Facsimile: (415) 744-0134
    Carol.S.Clark@ssa.gov
7 | Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EAS,TERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DOUGLAS E. BUITRAGO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:20-cv-01505-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S RESPONSIVE BRIEF |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to respond to Plaintiff's Motion for Summary Judgment, extending the date on which Defendant's responsive brief is due from February 15, 2022, to Monday, April 18, 2022.  This is Defendant's second request for an extension to file the responsive brief.  On November 11, 2021, this Court granted Defendant's Motion for a 76-day extension of time to file a responsive brief (docs. 22,23).

Defendant requests this extension in good faith and for good cause. The lead attorney of record is currently on extended leave and is unable to brief the case by the current due date. The Commissioner anticipated that the lead attorney would return to the office prior to the current response date, but recently learned that the lead attorney would be on extended leave. The Commissioner respectfully requests this additional time to accommodate the lead attorney's unplanned extended absence or alternatively, to reassign the matter to another attorney.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney or another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's brief by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 60 days, until April 15, 2022, to respond to Plaintiff's opening brief.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: February 11, 2022      */s/ Denise B. Haley*
　　　　　　　　　　　　　　DENISE B. HALEY
　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　(as approved via email on February 8, 2022)

　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　United States Attorney

DATE:  February 11, 2022   By   */s/ Carol S. Clark*
　　　　　　　　　　　　　　　　CAROL S. CLARK
　　　　　　　　　　　　　　　　Special Assistant United States Attorney (on behalf of lead attorney Ellinor Coder)
　　　　　　　　　　　　　　　　Attorneys for Defendant

///

///

///

///

///

Stip. For extension: Buitrago v. Comm'r, 1:20-cv-01505-BAM　　　2

# **ORDER**

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 18, 2022, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 11, 2022**          /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE